AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | Case No. 3:24-mj-1058-JBT |
| GAMALIEL SANCHEZ-HERNANDEZ | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 12, 2024, in Duval County, in the Middle District of Florida, the defendant,

> a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about March 9, 2018,

in violation of Title 8, United States Code, Section 1326. I further state that I am a ~~Special~~ Agent MZ ~~Agent~~ with the MZ ~~of the Department of Homeland Security~~, United States Border Patrol MZ ~~Immigration and Customs~~ MZ ~~Enforcement, Homeland Security Investigations~~, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant
MATTHEW A. ZETTS, JR.

Sworn to before me and subscribed in my presence,

on February 14, 2024                    at       Jacksonville, Florida

JOEL B. TOOMEY
United States Magistrate Judge                      _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Matthew A. Zetts, Jr., being a duly sworn and appointed Border Patrol Agent for the United States Department of Homeland Security, Customs and Border Protection, United States Border Patrol, hereby make the following affidavit in support of a criminal complaint against Gamaliel SANCHEZ-HERNANDEZ:

1. I have been a Border Patrol Agent (BPA) for over 15 years. I have training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, I have training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. The statements contained in this affidavit are based on my personal experience and observations as well as the experiences and observations of fellow Border Patrol Agents and other law enforcement officers as they have described and communicated them to me. This affidavit does not contain every fact regarding the investigation, but rather only sufficient facts that I believe establish probable cause for the filing of this criminal complaint.

3. On February 12, 2024, I was assigned as a Task Force Officer with Homeland Security Investigations in Jacksonville, Florida. At approximately 7:15 a.m., I was on duty and tasked with responding to the parking lot of Shooters of Jacksonville, a business located on University Boulevard, to respond to a possible human smuggling incident involving individuals at that location. At approximately 7:45 a.m., I arrived on scene at Shooters of Jacksonville. I was informed by several Jacksonville Sheriff's Office (JSO) deputies at the scene that the driver of a particular

vehicle under investigation had a Georgia driver's license and all the passengers of this vehicle claimed to be from Guatemala except for one adult male individual, whom I subsequently identified as Gamaliel SANCHEZ-HERNANDEZ, who claimed to be from Mexico. I learned that the vehicle was stopped by JSO on Interstate Highway 95 and the driver and passengers were brought to this nearby location to get them off of the highway and ensure their safety.

4. I approached SANCHEZ-HERNANDEZ who was sitting in the back seat of a JSO vehicle and attempted to speak with him in English. SANCHEZ-HERNANDEZ indicated that he did not speak English, so I spoke to him in Spanish. SANCHEZ-HERNANDEZ indicated in substance that he understood me and spoke the Spanish language. I asked SANCHEZ-HERNANDEZ to write his name and date of birth on a pad of paper that I offered him. I did this so that I could check his current immigration status. SANCHEZ-HERNANDEZ wrote his name and date of birth as follows: "Gamaliel Sanchez Hernandez 9 de Mayo 1995".

5. I then input SANCHEZ-HERNANDEZ's fingerprints, name, and date of birth into the NextGen/e3 biometrics system to verify his immigration status. I know that this system is routinely used by Border Patrol agents to check and record the biometric data, including fingerprints, of individuals encountered in the field and to compare it to other known previously encountered or previously deported individuals. By using this system, SANCHEZ-HERNANDEZ was identified as being a citizen of Mexico who had been encountered by U.S. immigration authorities on at least four previous occasions (March 9, 2018, March 12, 2022,

2

January 21, 2024, and January 28, 2024). I then input SANCHEZ-HERNANDEZ's name, date of birth, federal identification number (FIN), and A-number (Alien Registration Number) into the U.S. Customs and Border Protection Super Query database to check for any immigration applications. This check was revealed that SANCHEZ-HERNANDEZ was illegally present in the United States, and further that SANCHEZ-HERNANDEZ had no pending immigration documents or immigration applications that would allow him to legally enter, pass through, or remain in the United States. SANCHEZ-HERNANDEZ was placed under administrative arrest and transported to the Jacksonville Border Patrol Station.

6. At the Jacksonville Border Patrol station, I conducted a more thorough records check on SANCHEZ-HERNANDEZ. I found that SANCHEZ-HERNANDEZ, with the same name, date of birth, FIN number, and A-number had previously illegally entered the United States from Mexico on March 9, 2018, had been ordered removed from the United States on March 9, 2018, and was removed from the United States to Mexico through the San Ysidro, California Port of Entry on March 9, 2018. I also observed a photo of SANCHEZ-HERNANDEZ in electronic records from one of these previous encounters (taken on March 9, 2018) and this photo matched the appearance of the person whom I arrested, that is, SANCHEZ-HERNANDEZ. There was no record that SANCHEZ-HERNANDEZ had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States since the time of his last deportation or removal that occurred on March 9, 2018.

3

7. Based upon the foregoing facts, I have probable cause to believe and establish that, on or about February 12, 2024, Gamaliel SANCHEZ-HERNANDEZ is a citizen of the Mexico who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

Matthew A. Zetts, Jr., Border Patrol Agent
United States Border Patrol
Jacksonville, Florida

Sworn to before me this 14 day of February 2024.

JOEL B. TOOMEY
United States Magistrate Judge

4